UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/09

PERMASTEELISA NORTH AMERICA CORP.,

        Plaintiff,

-v-

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LIBERTY MUTUAL FIRE INSURANCE COMPANY,

        Defendants.

No. 09 Civ. 1836 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of a letter, dated July 28, 2009, submitted on behalf of all parties to this action, requesting an adjournment of the pre-motion conference currently scheduled for July 29, 2009 at 9:30 a.m. The letter indicates that this request for an adjournment is necessitated due to the fact that counsel for National Union Fire Insurance Company of Pittsburgh, PA ("National Union") must move to withdraw as counsel of record "due to a conflict issue."

  The Court grants the parties' request for an adjournment. The conference currently scheduled for July 29, 2009 at 9:30 a.m. is adjourned to Wednesday, August 19, 2009 at 9:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. Counsel for all parties shall attend.

  It is further ordered that counsel for National Union comply with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, which governs requests to withdraw as attorney of record. Counsel shall file its motion to

withdraw, with the requisite accompany material, no later than Friday, July 31, 2009. Thereafter, new counsel for National Union shall file a notice of appearance no later than Wednesday, August 12, 2009.

SO ORDERED.

Dated:     July 28, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE