UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERMASTEELISA NORTH AMERICA
CORP.,

               Plaintiff,

-v-

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

   and

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

               Defendants.

No. 09 Civ. 1836 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of each party's pre-motion letter regarding its anticipated motion for summary judgment and the responses to those letters. IT IS HEREBY ORDERED that the parties shall appear for a pre-motion conference at 9:30 a.m. on Wednesday, May 19, 2010 in Courtroom 21C.

    The Court is also in receipt of a 40-page, single-spaced, jointly-composed letter, dated April 29, 2010, from Plaintiff and Defendant Liberty Mutual Fire Insurance Company, about their dispute regarding counsels' behavior at depositions and Plaintiff's compliance with discovery obligations. The Court will address the letter at the May 19th conference.

SO ORDERED.

Dated:    May 3, 2010
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE